# UNITED STATES DISTRICT COURT
### for the

Middle District of Tennessee

_____ Division

| | |
|---|---|
| Passion Ray<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br>Glenn Funk<br>The District Attorney's Office<br>Metropolitan Nashville Police Department<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:24cv-1250
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Passion Ray

Address — 543 Bruin

Antioch | TN | 37013

*City* | *State* | *Zip Code*

County — Davidson

Telephone Number — 423 354 4684

E-Mail Address —

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — Glenn Funk

Job or Title *(if known)* — District Attorney

Address — 222 2nd Avenue North Nashville

Nashville | TN | 37201

*City* | *State* | *Zip Code*

County — Davidson

Telephone Number — 615 862 5500

E-Mail Address *(if known)* —

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name — Metropolitan Nashville Police Department

Job or Title *(if known)* — Police officers

Address — 600 Murfreesboro Pk

Nashville | TN | 37210

*City* | *State* | *Zip Code*

County — Davidson

Telephone Number — 615 862 8600

E-Mail Address *(if known)* —

☐ Individual capacity   ☒ Official capacity

B. through Perjury and treating the Plaintiff different.

The Defendants had an obligation to provide safety. However, the Defendants acted outta ommission violating the Plaintiff's rights by creating a lack of trust as a DMV. at these places in question.

B. Section 1983 allows claims alleging the "deprivation of any rights privileges, or Immunities secured by the consitution and [Federal Laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal consititutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. Section 4 of the Consitution states all civil officers of the U.S., shall be removed from office for conviction, bribery or other high crimes and misdemeanors.

2. Section 2. States that citzens of each state shall be entitled to all privileges and immunities of citzens in several states.

3. A person charged in any state with treason, felony or other crimes who shall flee from Justice "with help" and be found in another state, shall on Demand of the Executive Authority of the state which he fled, be delivered up, from which he fled, be delivered up, to be removed to the state having Jurisdicti- on of the crime.

Case 3:24-cv-01250    Document 1    Filed 10/18/24    Page 4 of 18 PageID #: 4

11. The Plaintiff, was deprived of the right to have the police make an arrest after assaults, meds stolen, unlawfully recording, threats, bribery, Mob, Firearm moved, stalking asked to leave a place she wasnt on the lease nor did I say she could stay, if we knew her real identity or not. (VAWA) 34 USC 12491. 18 U.S.C. 286 Fabricated Claims: 18 U.S.C. §§ 1961 to 1968 Corrupt Organizations Act.

8. Plaintiff stated to the DA's Office of the Reckless and suppressed evidence withheld by the Police intentionally.

9. Defendant had and still have a consititional duty disclose material evidence favorable to criminal defendant or victim prior to trial. This cant be done when the truth of who and what Identity Kimberley Stewart had hasnt been disclosed 20 CFR § 402.105 and why doesnt the Nashville Police report not match up with Clarksdale, MS vaolation stating bodily harm.

10. The Plaintiff, found a Conflict of Interest both victim and suspect had been assigned to the same Doctive Massey. The Plaintiff as a victim was liste as a suspect after comins in contact three times with the police plus a missins report was made before the DMV. The Plaintiff didnt have the right to her own dectective as law abidins citzen with a clear record.

7. The Plaintiff's rights continued to violated and continues to, when agencies are quiet with no policy to call back and say that could of benen me or something that stays within more policy to recieve a dime that cant save a life when its gone.

This is the main reason Under 42 U.S.C. § 1983 state and local officials is being sued for the deprivation of rights to work or go to school, when the Felon was allowed to under Clarksdale, MS supervision and Nashville Police contact with her.

8. The Plaintiff, was deprived of the right to remove a citzen let along a Felon out of her house, the right to bring forth charges, the right to do what was said on the police report, which was Identify and charge, the right to safety" the right to Not have a police enter my home for nothing or false charges.

4,5. Right to to follow up on cases

5,6. The Plaintiff followed the DMV, Fraud, Sex-trafficking Drug Enterprise, theft, unlawful recordings, prositition over state lines, spread, Homocide, false statement to the police, and Felon in possession of a Firearm, and more protocols to redress grievances, but was deprived of my voice and right to know that either agency could handle the job, if they are not the FBI. Stopping the Plaintiff in the middle of an Accident after she called the Nashville police to be Falsely accused of being under the influence, but missed what the pimp are on to pimp in a short life. It's 10 Loratabs and 10 oxycodone daily involved in this and miss diagnoses of an overdose by Timothy Arnold in Meridian Ms, at Alliance Health Center to be exact.

6. To know that it's a wonder all of us wasn't under the influence of "How does this happen" after coming from a smoke shop, if everbody sober why the harrassing and discriminating against me and Falsely accusing me.

Defendant No. 3

    Name  _____

    Job or Title *(if known)*  _____

    Address  _____

                 *City*         *State*         *Zip Code*

    County  _____

    Telephone Number  _____

    E-Mail Address *(if known)*  _____

    ☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name  _____

    Job or Title *(if known)*  _____

    Address  _____

                 *City*         *State*         *Zip Code*

    County  _____

    Telephone Number  _____

    E-Mail Address *(if known)*  _____

    ☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. The Plaintiff's right to equal Protections was violated which is ~~my right~~ as a Citizen to be discriminated against

2. Admendment 1 was violated by taking the Plaintiff's right redress grievances ~~the way Nashville Police directed me too~~

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. 8. The DA and Police took away my right to Fairness, public service and committed Justice for all, if their Focus is on protecting victims by also taking the Pleintiff's right to be free from abuse, spreading a disease, intimidation, stalking, and the right to a speedy trial waiting on 7. warrants, with both parties acting under the Color of Law as if they dont see the body cam footage showing Federal charges or the officer that showed their True Colors, but at the exspense of emotional distress, safety// public Health, and the truth that lives longer than a lie. Brady V. Maryland 373 U.S. 83 (1963) Kyles V. Whitley 514 U.S. 419 (1995).

D.

5. The Plaintiff was not informed of the Level of National Security threat and Cyber threat by every officer or DA. One person and God informed me with all these organizations on taxpayer dollar. One Officer gave up their act under the Color of Law, which I will not disclose the name.

6. The right to Title 42, U.S.C. Section 3636-Criminal Interference with the Right to Fair Housing was violated by being assaulted and threaten by suspects and pimps, but could not remove the suspect without going through the Sherriff's Department process.

7. Nashville Police Entered the Plaintiff's home with rights and ride, privileges for a Felon that they did not take to Jail after going in front of the Commissioner to take out a warrant for DMV.

D.

4. The Bill of Rights states Congress Shall make No Law respecting an establishment of religion, or prohibiting the free exercise to be there of; or abridging the Freedom of speech by dismissing the Plaintiff as a victim, or of the press; the Plaintiff went to the News Station to bring forth awareness, or the right of the people to peaceably assemble and to petition the government.

5. The Plaintiff requested records, charges and sent out grievances, verbal and on paper through the chain of Command From the Jean Crowe Advocacy Center "Ashley C." Family Safety Center, legal Aid, Office of Professional Responsibilites, which poped up with how to make a complaint after going to the TBI to be told there was one. How to make a complaint poped up at the Family Safety Center almost a year after several reports, fabricated evidence Tenn Code § 39-16-503 (2023).

D.

4. Title 18 U.S.C., Section 241 – Conspiracy Against Rights by continuing to acts or to act within the bounds or limits of their lawful authority; but also acts done without lawful authority provided that, in order for unlawful acts of these officials to continue to violate the Plaintiff Rights under the Color of Law - Title 18, U.S.C., section 242. These unlawful are being done while the Nashville Police and DA's Office and vital agencies purport and pretend to act in his or her official Domestic Duties in a Federal Case.

The suspect committed Federal Crimes on the bodycam footage that cant be obtained and they become complacent, in what started as DMV, then turned into a Sex trafficking Drug Enterprise. (VAMA).

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

3. Plaintiff's second admendment right to bear arms and protect herself is being violated. See additional pages

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

4. 543 Bruin Drive Antioch, TN 37013
5. 709 Rep. John Lewis way South Nashville, TN 37210
6. 600 Murfreeboro Pike Nashville, TN
7. Clarksdale, MS, Memphis, TN, Nashville, TN
8. 222 2nd Ave North Nashville, TN 37201   9. 2868 Elm Hill Pike FBI memphis FBI

B. What date and approximate time did the events giving rise to your claim(s) occur?

9. These events occured Dec 2022, Jan 2022, Feb 2022 and keeps going as long as these employees continue to cover up the Level of this threat under the Color of Law and continue to deprive my rights and safety by Not providing equal Protection.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

10. Facts are the Defendant Claim they have a duty to commitment public service, fairness, commitment, and Justice for all and to protect and serve the community.
2. I was not served or none of the above, without the truth after being assauted, etc, its a reason why the suspect didnt go to jail or the Pimp Vino Brown, John Dyes, Renea, Johnny Harris, Kimberley Stewart Harris, whom corruption and sex trafficking Drug Enterprises are being covered up Just like the assault and Drug Enterprises are being covered up Just like the assault and Plaintiff found vital information the suspects identity. Facts are the Plaintiff found vital information the suspects to save her like what others-

V. Expenses the court deems appropriate in monetary damages due to recklessness and carelessness in a Federal Case that started long before the suspect came to the Plaintiff's house.

IV. The Plaintiff, attends therapy but could not find therapy when these event arised. The Plaintiff can provide documents of the treatment I will need and recieved so far.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injuries I sustained related to these events causes the Plaintiff emotional distress. This caused the Plaintiff to take a look at the career she signed up for and ask herself is this type of blood on my hands worth my salvation. I suffer from longterm emotional distress after 2yrs and months patiently waiting on Justice to be served not victimization, victim blaming, dismissal, and disregard for the Plaintiff's life after being left in the house with the abuser not once, but twice to get to a third time to say I open ended threaten a felon that clearly wasn't supposed to be in the State to have the wrong identity for the Police and DA's office and others to go along with. This is life changing at the expense of peoples lives that cant be bought. The Plaintiff, ran into to so many walls, went through ups and downs, but what didnt kill her made her stronger.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The Plaintiff is requesting 400,000, to change her identity and start a new life after Blowing the Whistle. The Plaintiff plans to do this legally.
The Plaintiff is also requesting the defendant pay medical bills for longterm treatment, punitive damages for their outrageous conduct to deter and deprive the Plaintiff faced and faces behind this intentional grossly intent to disregard the Plaintiff safety and then have her a accessory to a crime and after the fact. If the court deems nominal damages appropiate the Plaintiff is seeking those damages as well and any other

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/18/24

Signature of Plaintiff

Printed Name of Plaintiff    Passion Ray

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address