IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PASSION RAY, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) Case No. 3:24-cv-01250 |
| v. | ) |
| | ) District Judge Eli Richardson |
| GLENN FUNK et al, | ) Magistrate Judge Alistair E. Newbern |
| | ) |
|   Defendants. | ) |

## ORDER

Pending is Plaintiff's Motion for Default Judgment against defendants. (Doc. No. 28). Plaintiff filed the pending motion on March 14, 2025. *Id.* However, defendants have been actively defending this action and have filed motions to dismiss, which remain pending. (Doc. Nos. 8, 16, and 31). "Where a defendant appears and indicates a desire to contest an action, a court may exercise its discretion to refuse to enter default . . .. There is a strong public policy, supported by concepts of fundamental fairness, in favor of trial on the merits." *Higgins v. Dankiw*, No. 8:08CV15, 2008 WL 2565110, at *2 (D. Neb. June 24, 2008) (internal citations omitted). The Clerk finds that defendants have expressed a clear intent to defend this action and are not in default. Accordingly, Plaintiff's Motion for Default Judgment (Doc. No. 28) is **DENIED**.

s/ Lynda M. Hill<br>
Lynda M. Hill<br>
Clerk of Court